# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC, a limited liability company,<br><br>　　Plaintiff,<br><br>v.<br><br>NICHOLAS ROBERTO DEJESUS, an individual,<br><br>　　Defendant. | Civil Action<br><br>No.  1:23-cv-02201-CPO-MJS<br><br>NOTICE OF VOLUNTARY DISMISSAL |

_____

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff American Neighborhood Mortgage Acceptance Company, LLC hereby gives notice of its voluntary dismissal without prejudice of all claims that it may have made in the above-captioned matter against Defendant Nicholas Roberto DeJesus.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　COLE SCHOTZ P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Connor M. Mannion*
　　　　　　　　　　　　　　　　　　　　Court Plaza North, 25 Main Street
　　　　　　　　　　　　　　　　　　　　PO Box 800
　　　　　　　　　　　　　　　　　　　　Hackensack, NJ 07602-0800
　　　　　　　　　　　　　　　　　　　　(201) 489-3000
　　　　　　　　　　　　　　　　　　　　(201) 489-1536 Facsimile

Dated: June 1, 2023

{03813170 v1}